UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIPA VALENCIA VELAZQUEZ, an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a New York Corporation, SEARS FULL LINE STORES, an unknown business entity, DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 13cv680-WQH (DHB)<br><br>**ORDER REGARDING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**[ECF No. 23]** |

On August 23, 2013, the parties filed a Joint Motion to Continue the Early Neutral Evaluation Conference currently scheduled for August 30, 2013. (ECF No. 23.) The parties request the continuance in light of the pending Motion to Compel Arbitration and Stay Action. (*See* ECF No. 10). On August 26, 2013, Judge Hayes granted the Motion to Compel Arbitration and stayed this action. (*See* ECF No. 24.) In light of Judge Hayes' order, the Court DENIES the parties' Joint Motion to Continue the ENE as Moot.

**IT IS SO ORDERED.**

DATED: August 26, 2013

DAVID H. BARTICK
United States Magistrate Judge

13cv680-WQH (DHB)